UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, *Plaintiff*, v. DEPARTMENT OF THE INTERIOR, *Defendant*. | Civil Action No. 1:22-cv-01046-TJK |

## JOINT STATUS REPORT

Pursuant to the Court's June 24, 2022, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

Defendant Department of the Interior has advised that it completed its search for records responsive to the two FOIA requests that are the subject of this case and that it completed its productions of non-exempt, responsive records on July 14, 2022.

On August 9, 2022, Plaintiff Protect the Public's Trust has advised that it is satisfied with the productions and that the only remaining issue is attorneys' fees and costs. On that same date, Defendant's counsel asked Plaintiff to provide the amount Plaintiff is requesting and documentation supporting that amount. Plaintiff has advised that it currently anticipates providing its request for attorneys' fees and costs by September 1, 2022.

The parties respectfully request that the Court allow them to try to resolve attorneys' fees and costs without the Court's involvement and propose filing another joint status report on or before November 1, 2022, unless a stipulation of dismissal is filed by that date.

Dated: August 10, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/Gary M. Lawkowski
GARY M. LAWKOWSKI
D.D.C. Bar ID: VA125
Dhillon Law Group, Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

By: /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2539
Email: Marsha.Yee@usdoj.gov

*Counsel for Defendant*