UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE INTERIOR, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-1046 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 12, 2022, Minute Order, the parties respectfully submit this joint status report in this Freedom of Information Act ("FOIA") case.

On August 16, 2022, plaintiff provided its request for attorneys' fees and costs and a timesheet. After the agency reviewed the request and obtained and provided settlement authority, counsel then discussed plaintiff's request. On November 1, 2022, defendant's counsel sent plaintiff's counsel a draft settlement agreement and a draft stipulation of dismissal.

The parties propose filing another joint status report on or before December 2, 2022, unless a stipulation of dismissal is filed before that date.

Date:  November 1, 2022

| | |
|---|---|
| /s/Gary M. Lawkowski <br> Gary M. Lawkowski <br> D.D.C. Bar ID: VA125 <br> Dhillon Law Group, Inc. <br> 2121 Eisenhower Avenue, Suite 402 <br> Alexandria, VA 22314 <br> 703-965-0330 <br> Glawkowski@Dhillonlaw.com <br><br> *Counsel for Plaintiff* | Respectfully submitted, <br><br> MATTHEW M. GRAVES, D.C. Bar #481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By:  /s/ Marsha W. Yee            <br> MARSHA W. YEE <br> Assistant United States Attorney <br> Civil Division <br> United States Attorney's Office <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Telephone: (202) 252-2539 <br> Email: Marsha.Yee@usdoj.gov <br><br> *Counsel for Defendant* |